Andrew J. Sciolla, Esquire
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA  19428
(t) (610) 941-4204
(f) (610) 941-4245
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELEANOR KEPPOL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| TRUMP ENTERTAINMENT RESORTS, INC.; TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.; TRUMP TAJ MAHAL ASSOCIATES, LLC d/b/a TRUMP TAJ MAHAL CASINO RESORT; TRUMP ENTERTAINMENT RESORTS DEVELOPMENT COMPANY, LLC; THCR MANAGEMENT SERVICES, LLC; and JOHN DOES 1-50, | : 1:13-cv-07181-JHR-AMD |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS
AGAINST ALL DEFENDANTS**

Plaintiff Eleanor Keppol, with consent of defense counsel, hereby voluntarily dismisses without prejudice all her claims against Defendants in the above captioned case.

Respectfully submitted,

Dated: April 11, 2014

/s/ *Andrew J. Sciolla*
Andrew J. Sciolla, Esquire
**Pogust Braslow & Millrood, LLC**

## CERTIFICATION OF SERVICE

I, Andrew Sciolla, hereby certify that on April 11, 2014, a copy of the foregoing *Notice of Voluntary Dismissal of All Claims Against Defendants* was filed electronically with the Clerk of the Court using CM/ECF. Parties may access this filing through the Court's system.

Date: April 11, 2014

**POGUST BRASLOW & MILLROOD, LLC**

/s/ Andrew J. Sciolla
Andrew J. Sciolla, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
610-941-4204